RECEIVED

AUG - 3 2009

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| APACHE CORPORATION | CIVIL ACTION NO. 06-1643 |
| VS. | JUDGE DOHERTY |
| GLOBALSANTAFE DRILLING CO., ET AL. | MAGISTRATE JUDGE METHVIN |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and noting the absence of objection, this Court concludes that the findings and recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein. Therefore,

**IT IS ORDERED** that Apache Corporation's Motion for Summary Judgment (Rec. Doc. 86) be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, ~~in Lafayette,~~ Louisiana, on this 3rd day of ~~July~~ August, 2009.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE