RECEIVED

JUN 1 7 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| APACHE CORPORATION | CIVIL ACTION NO. 06-1643 |
| VS. | JUDGE DOHERTY |
| GLOBALSANTAFE DRILLING CO., ET AL. | MAGISTRATE JUDGE HANNA |

### ORDER

For the reasons stated in the Memorandum Ruling issued on June 17, 2010,

IT IS ORDERED that the Court certifies the Memorandum Ruling and Order dated June 4, 2010 as immediately appealable pursuant to 28 U.S.C. §1292(b).

IT IS FURTHER ORDERED that this case is hereby STAYED pending ruling on the interlocutory appeal by the Court of Appeals for the Fifth Circuit.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 17 day of June 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE